1048

No. 93–5407.  CAMPBELL v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 93–5547.  HENRY v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 93–5551.  MARTINEZ-HIDALGO v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 93–5859.  PEAK v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 93–5904.  JONES v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 93–5916.  JAMES v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF INDIANA.  C. A. 7th Cir.  Certiorari denied.

No. 93–5956.  UFFELMAN v. MAINE.  Sup. Jud. Ct. Me.  Certiorari denied.

No. 93–5983.  VOYLES v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 93–5992.  ROBERTS v. UNITED STATES.  C. A. D. C. Cir. Certiorari denied.

No. 93–6021.  HAILEY v. GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 93–6040.  HITTLE v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 93–6060.  THOMPSON v. DEPARTMENT OF THE TREASURY. C. A. Fed. Cir.  Certiorari denied.

No. 93–6065.  MUNOZ v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 93–6085.  McGEE v. UNITED STATES;
No. 93–6392.  EDWARDS v. UNITED STATES; and
No. 93–6539.  JONES v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.